IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0321

_____

DON DANIELS, as conservator of the Estate of
SARAH DANIELS,

      Plaintiff, Appellee,
      and Cross-Appellant,

    v.

                                    O R D E R

GALLATIN COUNTY, RICK BLACKWOOD,
and ONE BEACON INSURANCE GROUP, LLC,
d/b/a ATLANTIC SPECIALTY INSURANCE
COMPANY,

      Defendants, Appellants,
      and  Cross-Appellees.

_____

Pursuant to the motion for leave to file an amicus brief in the captioned matter filed by the American Property Casualty Insurance Association, and good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED, and American Property Casualty Insurance Association is granted leave the file their amicus brief attached to this motion.

IT IS FURTHER ORDERED that Appellee and Cross-Appellant Don Daniels is granted leave to respond to the amicus brief in his cross-appeal reply brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 4 2021